AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:16-cv-00021 JBF TDT

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 MAR 24 PM 3: 14

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Danny's Bar + Grill

was received by me on *(date)* 3/16/16 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Linda Lenard , who is
designated by law to accept service of process on behalf of *(name of organization)* Danny's Bar
+ Grill on *(date)* 3/18/16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 4 for travel and $ 18 for services, for a total of $ 22.00   0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/20/16

_____
Server's signature

Ronald Ross - Constable
Printed name and title

1819 Farnam Street
Server's address

Additional information regarding attempted service, etc: