IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIMMY BARFIELD,<br><br>                    Plaintiff,<br><br>vs.<br><br>DANNY'S BAR AND GRILL, DANIEL ARCURI, AND DOES 1-5 INCLUSIVE,<br><br>                    Defendants. | **8:16CV21**<br><br>**ORDER OF DISMISSAL** |

Before the court is the Findings and Recommendation of United States Magistrate Judge Thomas D. Thalken, Filing No. 16, recommending that this court dismiss this case due to plaintiff's failure to proceed against the defendants by service of the summons or any other action.

No objection has been filed to the Findings and Recommendation. Pursuant to NECivR 41.2 , the court has conducted a de novo review of the record and adopts the Findings and Recommendation in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

(1)   The report and recommendation, Filing No. 16, is adopted in its entirety; and

(2)   This case is dismissed, without prejudice, for plaintiff's failure to prosecute.

Dated this 28th day of June, 2016

                                                      BY THE COURT:

                                                      s/ Joseph F. Bataillon
                                                      Senior United States District Judge